Sam Kosova, appellant, v. Molly Bloom and Paul Bloom, appellees. Gen. No. 35,565.

Opinion filed May 4, 1932. Rehearing denied May 20, 1932.
Paul Hirschfield, for appellant; Charles T. Kramer, of counsel. Henry H. Koven, for appellees.
Mr. Justice Wilson delivered the opinion of the court.

John Schweda, appellee, v. Jacob Slatkin et al., defendants, on appeal of Division State Bank et al., appellants. Gen. No. 35,914.

Opinion filed May 4, 1932.
William Rifkind, for appellants. William Schiepan, for appellee.
Mr. Justice Wilson delivered the opinion of the court.

Charles Hulsman, appellee, v. H. G. Fischer & Company, Inc. and A. H. Johnson, appellants. Gen. No. 35,732.

Opinion filed May 16, 1932. Rehearing denied May 31, 1932.
Joseph O. McKiernan, for appellant H. G. Fischer & Co.; John A. Russell, of counsel. Murphy O. Tate, for appellant A. H. Johnson; Leo M. Tarpey, of counsel. Philip Rosenthal, for appellee; Stuart B. Krohn, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

Charles H. Essig, plaintiff in error, v. W. D. Boyce Company, defendant in error. Gen. No. 35,679.

Opinion filed May 16, 1932. Rehearing stricken May 31, 1932.
John E. Groves, for plaintiff in error. West & Eckhart, for defendant in error; John Neal Campbell, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

Little Jones Coal Company, appellant, v. Edward M. Holton, appellee. Gen. No. 35,770.